FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT

(1) Jorge Gomez 72297-054
(Name of Plaintiff)     (Inmate Number)

FCC Allenwood med P.O. Box 2000
(Address) White Deer, PA 17887

(2) _____
(Name of Plaintiff)     (Inmate Number)

_____
(Address)

(Each named party must be numbered,
and all names must be printed or typed)

(Case Number)

vs.

(1) Cullen, Thomas D.O.
(2) Ryan Parkyn HSA
(3) J.B. Foster HSA
(Names of Defendants)

(Each named party must be numbered,
and all names must be printed or typed)

CIVIL COMPLAINT

FILED
SCRANTON
SEP 10 2020
PER _____
DEPUTY CLERK

TO BE FILED UNDER: ____ 42 U.S.C. § 1983 - STATE OFFICIALS
                      ✓  28 U.S.C. § 1331 - FEDERAL OFFICIALS

I.   PREVIOUS LAWSUITS

     A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

     N.A.

1

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ✓ Yes ___ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ✓ Yes ___ No

C. If your answer to "B" is Yes:

1. What steps did you take? The Administrative Remedy from BP-8, BP-9, BP-10, BP-11 No 985252-A1 exhaust on 1-13-20

2. What was the result? filed an Administrative claim NO-TRT-NER-2020-03499

D. If your answer to "B" is No, explain why not: _____

## III. DEFENDANTS

(1) Name of first defendant: D.O. Cullen, Thomas
Employed as Doctor at FCC Allenwood-medium
Mailing address: P.O. Box 2500 white Deer PA 17887

(2) Name of second defendant: Ryan Parkyn H.S.A
Employed as H.S.A at FCC Allenwood-medium
Mailing address: P.O. Box 2500 white Deer P.A. 17887

(3) Name of third defendant: J.B. foster
Employed as HSA at FCI Ray Brook
Mailing address: P.O. BOX 900 Ray Brook, New York 12977

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

Dr. Cullen, Thomas: personally involved under his physical capacity
1. mr Gomez was delayed proper treatment when suffering from colitis proctitis and prostatitis. wich you have diarrhea, abdominal pain blood, or mucus in your bowel movement. On July 18 2018 colonoscopy was done Dr. Cullen, Thomas said that pathology result said that I had no symptom of the colitis and stop all treatment. mr Gomez continued having the same problem reported it threw sick call on 7-24-19 MrI was done Dr. 2 Cullen, Thomas came to same conclusion nothing wrong with Inmate

On 3-12-20 Exam of Anus and Rectum was done report said some inflammation in prostate and prescribe Levofloxacin. On 8-27-20 my new medical provider prescribe colestipol for my continued diarrhea and to see the urologist on a future date

    2. Ryan Parkyn H.S.A. Personally Involved dued to mr Gomez multiple time explaing to HSA Parkyn he suffering diarrhea pain in lower abdominal and bloating due to the food in the prison Mr Gomez suffer from July 20, 2018 up to 2-20-20. the general counsel recommendation for a special diet with out seasoning due to my condition of colitis. mr Gomez suffer pain and suffering, emotional distress for not receiving special diet in a timely fashion.

    3. J.B. foster HSA: Personally involved due to mr Gomez complaint on Jan 25, 2018 of having sharp pain in lower abdominal, diarrhea and that I went to the bathroom 14 time that night. She told me to drink lots of water. that is my stomach trying to get it self clean. On Feb 3 2018 the prison took me to the emergency room. I was diagnose with colitis, proctitis and prostatitis. Pathologist said infectious colitis due to shigella Salmonella, Enterohemorrhagic, E.coli. all these bacteria are from food poisoning.

## V. RELIEF

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

    1. Doctor Cullen: should be liable punitive damages, compensatory damage, deliberate indifference. loss of enjoyment. When the facts are clear he was not giving Mr Gomez adequate medical treatment that let mr Gomez suffer unwanton pain for over 30 months. therefore mr Gomez should be Rewarded 5 million dollars.

    2. Ryan Parkyn: should be liable to mr Gomez suffering intentional pain which develope him to punitive damages compensatory damages, when the facts were clear mr Gomez has been traumatize to eat from the Prison Kitchen When the facts mr Gomez suffer from eating the food from the Kitchen. Now Gomez ask special Diet and was denied for 2 years. the Reward for these problems should be 2 million

    3. J.B. foster H.S.A. should be liable for pain and suffering when undergoing the clear mis-diagnose and poor treatment Gomez suffer from dearly to the point of causing sharp pain in lower abdominal, diarrhea. this fall under punitive damage compensatory damages, deliberate indifference which Gomez should be Rewarded 1 million dollars

3

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __03__ day of __September__, 20_20_.

_____
(Signature of Plaintiff)

4

Case 1:20-cv-01637-YK-EB   Document 1   Filed 09/10/20   Page 5 of 5

INMATE NAME/NUMBER: Jorge Gomez 72297-054   Legal mail
FEDERAL CORRECTIONAL COMPLEX-ALLENWOOD medium
P.O. BOX 2000
WHITE DEER, PA 17887



⇔72297-054⇔
Clerk Court
PO BOX 1148
235 Washington AVE
Scranton, PA 18501
United States

RECEIVED
SCRANTON
SEP 10 2020  SEP 02 2020
PER ____EP____
       DEPUTY CLERK

Legal mail

1850135001 C770