# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JORGE GOMEZ,** : | |
|     Plaintiff : | |
| : | No. 1:20-cv-01637 |
| v. : | |
| : | (Judge Kane) |
| **THOMAS CULLEN, <u>et al.</u>,** : | |
|     Defendants : | |

## ORDER

**AND NOW**, on this 11th day of February 2021, in accordance with the Memorandum accompanying this Order, **IT IS ORDERED THAT** Plaintiff's motion for emergency preliminary injunctive relief (Doc. No. 27) is **DENIED**.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
